11-11-2024

Kirk Robert Christian Mickelson
216 W. Center St
Juneau, WI 53039

U.S. District Court
Wisconsin Eastern
NOV 1 4 2024
FILED
Gina M. Colletti, Clerk

I move, pro se, seeking permission to proceed without pre-payment of filing fee in suit seeking damages to be specified in the following complaint as well as asking the courts to assist in placing a lien on the Real property at 3061/3063 North 8th street Milwaukee, WI 53206 and asking the courts to assist in identifying the deed holder of the above mentioned real property. As damages will be sought from both the deed holder and the property manager who is employed by the deed holder of the duplex at the above address.

Case of Mickelson
VS
Tarze Anderson, Employers of Tarze Anderson Deed Owners of the named and described property, and Derrek Polzin and Alicia Woitowicz

# Complaint;

Complaint in suit for damages for the violation of both state and federal laws. On Feburary 10th of 2023 I Kirk mickelson alongside my fiancee Sarah lynn Bishop began began Renting the upper apartment at 3063 North 8th Street from a man Named Tarze Anderson I paid security and rent on the spot and my fiance moved in the next day. We found out about the apartment from a friend of my fiances who at the time spoke highly of the manager Tarze Anderson. A month or so later we were informed he wasn't so savory of a character and had attempted to pressure women into trading sex for Rent. This of course being rumor and at the time not experience I gave him the benefit of the doubt, we just took percausions and decided I would be responsible for all interactions with him. Let me add we started with both of our names on the lease. The first several months went great he thanked us for taking care of the place and paying on time

he assured us, our backgrounds weren't an issue considering he "Tarze anderson" had a background with a criminal history and drug abuse himself and that he had changed his life. I will add here that my fiancee had a life long battle with drug abuse and mental-heath and was considered disabled under the guidelines of the ADA and Rehab act and infact so did I. When we had gotten the house my fiance was comming out of rehab and I was comming out of the federal half-wayhouse after a 10 year sentence. I tell you this just to keep everything above the proverbial "table". So as time went on things remained good for nearly a year until we got our first good storm, during which we learned some of the windows were barely held in and litterally blew in frame and all knocking over and breaking things on the table infront of them. No big deal I thought until we went to bed and realized it was raining threw the roof into the attic leaking threw the celing and dripping into our bedroom threw 3 spots one against the wall, on the bed, another

literally comming through the light fixture and another in the off center part of the room in a part of the room I could tell had been patched before. We moved the bed, called the landlord "Tarze" he said he would have it fixed in a few days. He would send this old man who appeard to be homeless and who I caught smoking crack behind our garage on several occasions, anyways he would send this same man sometimes accompenying him to "fix" the issue but litterally the problem of our bedroom leaks continued unrepaired unhindered up until my last day there. Evidence of this can be provided in photos taken by me on the Iphone 13 that is currently in possession of DHI. Also we approched or contacted him about the kitchen faucet that leaked bad enough to rott through the bottom of the cabinet area under the faucet seeping into the floor creating an unsafe enviroment in the fact that the floor will likely give way to the apartment downstairs. He was made aware of that issue, he sent the man I mentioned above, who attempted to flex seal the pipes to no avail so the

leak continued. I was also noticed within a month of living there that the house was infested with roaches, when I discussed these issues with the down stairs neighbors the stated they already attempted to pressure "Tarze" into making many repairs and that he had in the many years they lived there always made excuses, and that when they had tried to get the contact info of the actual owners, he always resisted. It was shortly after this conversation they finally decided to move. During the over a year and a half I lived there this man "Tarze" bullied us many times calling at 3am clearly intoxicated yelling about rent money allways seeming to either forget we wernt due until 10th or not caring and just trying to intimidate us. And the very few times we were late he seemed to forget convinently the arangements we made with him and would call either me or my fiancee threatening everything from eviction to actually during one of my last arguments with him he actually threatened to kill me. Copies of these texts still remain on my phone as proof to the courts. At one point at the end when I lost my job he tried to hire me to clean out the downstairs apartment changing his mind right away which ended up being a

Page 5

blessing as I was able to take pictures of the unliveable conditions in the downstairs apartment. Once I had all of this evidence and all paid up on my rent and taking the fact that my fiancee was away in treatment for her schitzophrenia so her safty wouldnt be a concern I explained to him plainly, under state law I was not required to continue to pay rent so long as he refused to make the repairs I had been asking for nearly a year, and so I informed him if it wasnt done I would sue him. At this point it was end of summer, it had been raining in my bedroom over 6 months, I had been recieving threats of fines from the city because his repairman had literally covered the entire yard in trash from the apartment downstairs including a couch upside down on the chain link fence, also including a huge pile of trash covering the entire back driveway among all the stuff mentioned above and I had simply had enough. This is when he threatened me. He told me he had people and would get me out, two days later while I was knapping on my couch, I got up to use the rest room and heard a boom, I ran to my

picture window to see a black man early thirty jumping into what looked like the landlords new truck. I went downstairs to find my door kicked in locks broken. My belief is it was thought I wasnt home because my truck was being used by a friend and couldnt be seen out front. Me being a cautious man I prop a 2x4 under the knob to help prevent the door from being kicked in when I am home. Once this happened I immediatly called the police who told me ironically enough it would be awhile before an officer could respond after a few hours I called again, I was transfered to someone who suggested I file a report through the police stations gpp. I also contacted the landlord told him I called the police he litterally ignored any and every message I sent about that incident, even once in a phone call telling me the repair was my problem. I from that point decided He was not getting any more rent until I took him to court, but unfortunatly I did not have money for the filing fee so when during an argument he kept threatening to evict me I actually told him that I thought it best if we went to court and I did not

want anymore contact from him unless it was a court summons. Over the next week or so we went back in forth from threats including death threats of which there is proof, to demanding I leave then demanding I leave all the while I continued to tell him I thought it best we go to court. I also all throughout this since our first negative interaction tried to get him to tell me who the home owners were, his responses were always resistant and durogatory. But always asserting his actions were on someone elses behalf, always saying things like he answers to "them" or "they" want rent or "they" want you evicted. ect. ect. At one point I got scared and with my fiancee coming home soon even installed a security system and cameras. It was then on the day after I had almost finished installing the cameras on Sept 11th a warrent was secued for my arrest and I was taken into federal custody. The morning of the arrest as I was taken into custody I watched as the landlord/property manager "Tarze Anderson" pulled up, I watched him jump out of his marroon truck speaking with U.S. Marshalls I pointed out to agents he was there, I briefly gave them

the summary of our conflict and that I did not give them permission to grant him access they being Gary Ray and DHS Leighton Mudel informed me not to worry they would handle it then I was taken to jail. At no time did I give him "Tarze" or anyone permission to access my house and or property. That was until nearly a month later after failed attemps by me to get in touch with him and after my only remaining family member my Aunt Peggy Stowers to contact him knowing my truck which was in my aunts name was sitting out front and expensive and still not paid off she planned a trip from beloit to come grab the keys from me and go locate my truck and check on my property at my apartment, figuring there would be some notice or some thing from the land lord. After some research my aunt learned what we thought were friends of ours had capitalized on the situation and had been driving buy when I was being arrested and had stopped and exchanged numbers with this man "Tarze." On the premiss they would act as intermediarys with me. Well that never happened instead between these supposed friends Derrek Polzien and Alicia

Woitowicz and the property manager litterally stole absolutly everything we owned. The alleged "friends" saying all they removed was cloths while the landlord saying he got rid of everything else. All without my say so and more importantly a court order. When my aunt finally made it to get the truck the house was virtually empty. None of my property being given to her. I had expensive furniture, I can show recipts for closet full of cloths, a tool room full of tools a tow behind trailer, the list is too long to list here but every bit of 60,000⁰⁰ worth of property at minimum. Proof of this can be found by questioning U.S Marshals who served the arrest or my probation officer who was in my apartment days prior who bore witness to my very nice furniture, tools ect. All gone, no court order no compensation nothing Just gone. I have tried to file a police report from Dodge County Detention facility and they refuse. I wasn't dealing drugs none of this was ill gotten gains I worked many many hours at a high paying Job almost two years to accumulate all of this. I in that time from one Job alone

made every bit 85K legally and I worked side jobs as well. I busted my hump for everyth. I tried to scratch out a life the right way, even with my wifes drinking and my fairly new drug addiction. I did very well only to have it stolen. What hope does that leave me. If my fiancee were released or I released right now we would be homeless, clothesless possessionless all unjustly. Our constitutional rights were violated when all I worked for was stolen. And many landlord/tenant laws were violated my life and my fiancees life our home stolen. I am begging the courts to help us find vindication help us pursue those responsable legally and recieve compensation at minimum for our home being wrongfully and illegally plundered and pilfered. Please help us aquire damages in the amount of $50,000 for all that was taken. Everything above can be proven but I need the help of the courts to A. put a lien on or freeze the assets of the true owners of the duplex at 3063 N 8th street to stop the sale or transfer of assets before this case can be settled, B. Identify exactly whom between the property manager Taree anderson, The deed holders therefor his employers and the two Derrek Polzin and Alicia          is responsible for what illegal thefts and bring justice by issueing an order forcing

those responsible to repay what we lost. This came as a real blow to us, my fiancee finally getting her mental health under control and me at the time enrolled in intensive drug and mental health treatment myself. I had been out of work for a couple months but had just recieved a job offer. This was really a blow to our hope for a better life. I worked for all we had the right way and not only did we loose our home by illegal eviction without court order by the property manager and owners but theft of even the sentimental property, our photos, all the things I had from my moms, sisters, grandmas and grandpas deaths my fiancee lost the toys that were keeps of the child she lost. This is our last hope, that the courts will help us be repaid for all that was lost when I went to jail sept 11th this year. We are seeking as mentioned either 50,000.00 or to be resonable that house and 10,000.00 to cover what I still owe on the furniture that was stolen. Even tho the house isnt worth much and needs work it would give us a home an apartment to rent out and the start of a future atleast after everything was stolen. We are also if it is found the other two mentioned did help taree steal an order forcing them to either share in the repayment or order them to pay some damage of their own and if the

Courts agree Criminal Charges lodged against all involved especially considering Derrek and _____ alicia are both on State probation at the time of the theft. Please Your Honor Help us while yes I was arrested and on probation that does not warrent having my and my fiancees every legally aquired possession and home ripped away from us everything I worked for. Our home illegally evicted ellegally robbed by a slumlord at the direction of the owners and perhaps in participation with the others mentioned in this complaint. I gave you the who, what when, where and how as required by the courts now please help us. Litterally everything can be verified either by the testomony of federal agents, federal probation agents, text and pictures contained on my phone that has been in federal Custody since the day of my arrest along with recipts, facebook messages, electronic banking documents also contained on my phone and even by contacting companies Get it now US Bank ect. Everything here I give my word is true and verifiable. Please help us we have nothing left. Without your help all we knew of life all I worked for is gone.

Signed Kirk Robert Christian Mickelson
11-11-24